# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAGE,<br><br>                    Petitioner,<br><br>       v.<br><br>PAT CAVELLO, Warden,<br><br>                    Respondent. | Case No. EDCV 19-1053-JAK (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 7, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE